**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61508-CIV-SMITH**

GARFIELD SPENCE,

Plaintiff,

v.

4140 MEDICAL CONDOMINIUM
ASSOCIATION, INC.,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 7]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.
2. Each party shall bear their own attorneys' fees and costs.
3. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of October, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record